courtdocs@dickinsonwright.com
Glenn M. Feldman (#010867)
gfeldman@dickinsonwright.com
D. Samuel Coffman (#011428)
scoffman@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
**Attorneys for Defendants Garcia, Hoosava, Nanty and Kaiser**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Rahne Pistor, el al., | Case No. CV 12-00786-PHX-FJM |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Carlos Garcia, et al., | (Assigned to Hon. Frederick J. Martone) |
| Defendants. | |

Plaintiffs and Defendants Farrell Hoosava, Lisa Kaiser, Hubert Nanty and Carlos Garcia (collectively "Tribal Defendants"), the only remaining defendants in this case, by and through their undersigned counsel, hereby advise the Court that the parties have reached a settlement of this action, subject to final documentation and entry of an order of dismissal. The parties anticipate completing the settlement and filing a stipulation to dismiss the lawsuit within thirty (30) days hereof.

**DATED THIS** 2nd day of February, 2016.

| | |
|---|---|
| **NERSESIAN & SANKIEWICZ** | **DICKINSON WRIGHT PLLC** |
| By: /s/ Robert A. Nersesian (with permission) | By: /s/ D. Samuel Coffman |
| Robert A. Nersesian | Glenn M. Feldman |
| 528 South 8th Street | D. Samuel Coffman |
| Las Vegas, NV 89101 | 1850 North Central Avenue, Suite 1400 |
| Attorneys for Plaintiffs | Phoenix, Arizona 85004 |
| | Attorneys for Tribal Defendants |

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016 I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

By: *s/Janet Clarke*

PHOENIX 53552-2 274657v1